AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Rawsthorne Telephone: (810) 766-5177
Special Agent: Bowling Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Demonte Derrell Wilson,

Case No. 4:26-mj-30512
Judge: Ivy, Curtis
Filed: 08-25-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute crack cocaine |
| 18 U.S.C. § 924(c) | Possession of a firearm during or in relation to a drug trafficking crime |

This criminal complaint is based on these facts:

There is probable cause to believe that in April 2026, Demonte Derrell Wilson, possessed with the intent to distribute crack cocaine in violation of 21 U.S.C. § 841 and possessed a firearm during or in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c).

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Bowling, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 25, 2026

*Judge's signature*

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U.S.C. § 2516.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Demonte Derrell Wilson.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Based on the facts set forth in this affidavit, there is probable cause to believe in April of 2026, Demonte Wilson (xx/xx/1995) possessed with the intent to distribute amounts of crack cocaine in violation of Title 21 U.S.C. § 841 and as well as being in possession of a firearm during or in relation to a drug trafficking crime Title 18 U.S. C. § 924(c).

5. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants, application for and execution of search warrants on persons, residences, and vehicles, debriefing confidential informants, interviewing witnesses, and proffering defendants. In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications. I have testified in all levels of court proceedings, both at the state and the federal level. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to

conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

## PROBABLE CAUSE

6. Since October of 2025, law enforcement has been investigating Demonte Wilson (hereinafter Wilson). In October of 2025, SA Ross received information from a source of information (hereinafter CI) indicating that Wilson was distributing large amounts of narcotics while armed with a firearm at a location in the Eastern District of Michigan.

7. As a result of the investigation, law enforcement conducted multiple controlled purchases of crack cocaine from Wilson utilizing a confidential informant as well as an undercover detective. As a result of the investigation, law enforcement executed six (6) search warrants in the Flint, Michigan area.

8. During the search of a residence (Residence-1) on April 9, 2026, Michigan, Wilson was located inside of the residence. Also located inside the location were the following:

i. One (1) Smith and Wesson M&P Shield 9mm bearing SN: ENZ2228
ii. One (1) Smith and Wesson M&P 15 5.56 caliber pistol bearing SN: TV48881
iii. A lease agreement for Residence-1 addressed to Wilson

iv. $1060 in US Currency on Wilson's person

v. $10,980 in US Currency on the living room shelf

vi. 38.3 grams of crack cocaine located in kitchen in three separate tied baggies (field tested positive for the presence of cocaine)

vii. Digital scale recovered next to above listed crack cocaine

viii. One (1) Ruger 5.7 caliber pistol bearing SN: 64161038 found in safe

ix. $29,580 in US currency found in SE bedroom

9. Based on my training and experience, individuals that are caught with various types of narcotics is indicative of the sale and delivery of narcotics. In addition, Troopers also recovered a digital scale from the vehicle which, based on my training and experience, is used to weigh illicit narcotics for sale.

10. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that in April of 2026, Wilson possessed with

the intent to distribute amounts of crack cocaine in violation of Title 21 U.S.C. § 841 and as well as being in possession of a firearm during or in relation to a drug trafficking crime Title 18 U.S. C. § 924(c).

Daniel Bowling, Special Agent
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this 25th day of August, 2026.

Hon. Patricia T. Morris
United States Magistrate Judge